# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

    Plaintiff

v.

LT. MILLER, et al.,

    Defendants

Case No.: 3:23-cv-00252-ART-CSD

**Order**

Re: ECF No. 15

Plaintiff has filed a motion for status report regarding service of process. (ECF No. 15.)

Plaintiff filed his first amended complaint on December 21, 2023. (ECF No. 8.) The court then set this matter for a global settlement conference on February 27, 2024, but the parties were unable reach a settlement. (ECF No. 10.)

On November 18, 2024, District Judge Traum issued an order screening Plaintiff's first amended complaint, and allowed Plaintiff to proceed with the following claims: (1) claims under the Americans with Disabilities Act (ADA) and Rehabilitation Act (RA) against the State of Nevada ex rel Nevada Department of Corrections (NDOC), Christopher Herzog, Robert Ashcroft, Caseworker Harris, Lieutenant Miller, Frenandeis Frazier, and Mike Henley (in their official capacities); (2) a Fourteenth Amendment due process claims about placement in administrative segregation and disciplinary proceedings against Herzog, Miller, Ashcroft, Henley, Frazier and Harris. The court ordered the Nevada Attorney General's Office to file a notice within 21 days advising the court and Plaintiff of the names of the defendants for whom it accepts service and to file the last known addresses under seal for those defendants for whom it was not accepting service. For those defendants for whom the Attorney General's Office

accepted service, an answer or other responsive pleading was to be filed within 60 days. (ECF No. 11.)

Inexplicably, no notice of acceptance of service or last known addresses have been filed. As such, no defendants have appeared in this action and no responsive pleading has been filed. On September 2, 2025, Plaintiff filed this motion requesting an update concerning service.

## CONCLUSION

Plaintiff's motion for status update (ECF No. 15) is **GRANTED** insofar as the court will once again require the Attorney General's Office to indicate for whom it will accept service.

On or before **September 17, 2025**, the Attorney General's Office shall file a notice advising the court and Plaintiff of: (1) the names of the defendants for whom it accepts service and (2) the names of the defendants for whom it does not accept service. On or before **September 17, 2025**, the Attorney General's Office shall file under seal, but not serve the Plaintiff, the last known address for any defendant for whom it does not accept service. If the last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide a last known physical address.

If service cannot be accepted for any of the defendants, Plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying the full name and address for the defendant(s) if the last known address has not been filed under seal by the Attorney General's Office.

If the Attorney General accepts service for any of the defendants, such defendants shall file and serve an answer or other responsive pleading on or before **October 17, 2025**.

///

///

Service must be completed within 90 days of the date of this Order.

**IT IS SO ORDERED**.

Dated: September 3, 2025

_____
Craig S. Denney
United States Magistrate Judge

3